# EXHIBIT F

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case Information for Case Number: **2024CH05112**

Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2024CH05112 | CHCAL14 | 05/30/2024 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| SERGIO GUTIERREZ | Class Actions | LIBERTY MEDIA CORPORATION FORMULA ONE DIGITAL MEDIA LIMITED | JORDAN FRYSINGER |

| Ad Damnum |
|---|
| 0 |

## Future Court Activity:

| Court Date: | 09/30/2024 | Hearing Type: | Case Management Call Case Management(Judicial Officer:Quish, Clare J,Calendar, 14) | Time: | 9:30 AM | Location: | Court Room 2301,Richard J Daley Center |
|---|---|---|---|---|---|---|---|

## Case Activities:

| Activity Date: | 06/05/2024 | Event Desc: | Notice Of Motion Filed | Comments: | Notice Of Motion Filed |
|---|---|---|---|---|---|

| **Activity Date:** | 06/05/2024 | **Event Desc:** | Motion Filed | **Comments:** | Motion Filed |
|---|---|---|---|---|---|
| **Activity Date:** | 06/05/2024 | **Event Desc:** | Summons Issued And Returnable | **Comments:** | Summons Issued And Returnable |
| **Activity Date:** | 06/05/2024 | **Event Desc:** | Summons Issued And Returnable | **Comments:** | Summons Issued And Returnable |
| **Activity Date:** | 05/30/2024 | **Event Desc:** | New Case Filing | **Comments:** | |
| **Activity Date:** | 05/30/2024 | **Event Desc:** | Class Action Complaint Filed (Jury Demand) | **Comments:** | Complaint / Petition - Class Action Complaint Filed (Jury - 12) |

Please Note: If data does not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at 312.603.4357.